No. 39775.—Protest 301904–G of Irving W. Rice (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel the shakers and atomizers in question were held dutiable as household utensils at 40 percent under paragraph 339 as claimed.

No. 39776.—Protests 230001–G, etc., of Gallagher & Ascher, Inc., et al. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel incense burners, soap holders, bottles, plates, flacons, and boxes chiefly used on the table, in the kitchen, or in the household for utilitarian purposes were held dutiable at 40 percent under paragraph 339. *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), and *Rice* v. *United States* (T. D. 49373) cited. Toilet sets similar to those passed upon in Abstract 8950 were held dutiable separately, the brushes at 45 percent under paragraph 1407 and the mirrors at 50 percent under paragraph 230.

No. 39777.—Protests 951625–G, etc., of Biddle Purchasing Co. et al. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of brass shells similar to those the subject of Abstract 37615. They were therefore held dutiable at 35 percent under paragraph 353 as parts of articles suitable for distributing electrical energy.

No. 39778.—Protests 892438–G, etc., of Dolphin Jute Mills et al. (New York).

Opinion by DALLINGER, J. On the records presented the protests were overruled.

No. 39779.—Protests 937928–G, etc., of G. E. Meissner Co. et al. (New York and San Francisco).

Opinion by DALLINGER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, NOVEMBER 4, 1938

No. 39780.—Protests 845084–G, etc., of Albert P. Meyer & Co. et al. (New York).

Opinion by CLINE, J. No evidence having been offered in support of the claims made the protests were overruled.